United States District Court
Southern District of Texas
**ENTERED**
May 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN MORRIS, <br> Plaintiff, | § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:19-cv-01187 |
| vs. | | JUDGE CHARLES ESKRIDGE |
| EAST MOUNT BUSINESS, *et al,* <br> Defendants. | | |

## ORDER

Plaintiff Kevin Morris has provided notice of settlement of his claims against Defendants East Mount Business LLC, Rahim Momin, Lamha Inc, and Karim Ali. Dkt 29.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate his claims against Defendants if approval of documentation or condition precedent fails.

Signed on May 20, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge